**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3602-20

NOUS INFOSYSTEMS PVT.
LTD.,

      Plaintiff/Respondent-
      Cross-Appellant,

v.

MEDVERSANT TECHNOLOGIES,
LLC,

      Defendant/Appellant-
      Cross-Respondent.

_____

      Submitted September 29, 2022 — Decided October 5, 2022

      Before Judges Sumners and Berdote Byrne.

      On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-2239-20.

      Morea Schwartz Bradham Friedman & Brown, LLP, attorneys for appellant (Thomas A. Brown, II, on the briefs).

      Epstein Ostrove, LLC, attorneys for respondent (Elliot D. Ostrove and Vahbiz P. Karanjia, on the briefs).

PER CURIAM

Prior to argument we have been advised this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3602-20